IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADAM RAKIBU,

    Petitioner,

v.                                                Civil Action No. 3:24cv805

JEFFREY CRAWFORD, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. (ECF No. 1.) In his present petition, Petitioner challenges his ongoing detention by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1, at 6 (as paginated by CM/ECF).) Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein he challenges the same ongoing detention by ICE. *See Rakibu v. U.S. Immigration and Customs Enforcement*, No. 3:24-cv-005 (E.D. Va. filed Jan. 3, 2024). The Court previously has informed Petitioner that he cannot litigate multiple § 2241 petitions challenging his detention. *See Rakibu v. Crawford*, 3:24-cv-562 (E.D. Va. Oct. 8, 2024). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 12/9/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge